**Bakari Darnell MACKEY,
Petitioner–Appellant,**

v.

**Conrad M. GRABER and US Attorney's Office, Respondents–Appellees.**

**No. 14–15886**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 12, 2016
San Francisco, California

FILED June 10, 2016

Francisco Leon, Esquire, Attorney, Law Office of Francisco Leon, Tucson, AZ, for Petitioner–Appellant.

Bakari Darnell Mackey, Pro Se.

Denise Ann Faulk, Esquire, U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Respondents–Appellees.

Before: WALLACE, SCHROEDER, and N.R. SMITH, Circuit Judges.

**MEMORANDUM** *

Bakari Mackey appeals from the district court's judgment denying his 28 U.S.C. § 2241 petition. Mackey asserts that his due process rights were violated by failures of his inmate representative and the prison discipline hearing officer's denial of his right to call witnesses on his behalf at a prison disciplinary hearing. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we review the district court judgment de novo. *United States v. Lemoine*, 546 F.3d 1042, 1046 (9th Cir. 2008).

We affirm for the reasons stated by the district court in its order filed on April 7, 2014, adopting the magistrate judge's Report and Recommendation.

**AFFIRMED.[1]**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

1. Mackey's pending *pro se* motion for judicial notice is denied as moot.